# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brianna McCarty

         Plaintiff,

v.                   Case No.: 1:22–cv–05751
                     Honorable Mary M. Rowland

Village of Lakemoor, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

   MINUTE entry before the Honorable Mary M. Rowland: Defendants' Motion to dismiss [14] is granted in part and denied in part. Defendants' motion for sanctions [15] is denied without prejudice. Order to enter. Defendant Village of Lakemoor to file an answer to the remaining counts by 9/15/23. In person status hearing set for 9/7/23 at 9:30 AM. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.